■ In the Matter of SUZANNE N., Petitioner, v JOHN A. JOHNSON, as Commissioner of New York State Office of Children and Family Services, Respondent. [738 NYS2d 915] —CPLR article 78 proceeding transferred to this Court, by order of Supreme Court, Erie County (Gorski, J.), entered August 8, 2001, seeking to annul the determination denying petitioner's application to amend and seal a record in the New York State Central Register of Child Abuse and Maltreatment.

It is hereby ordered that the determination be and the same hereby is unanimously confirmed without costs and the petition is dismissed.

Memorandum: In this CPLR article 78 proceeding transferred to our Court (see, CPLR 7804 [g]), petitioner seeks to annul the determination following a fair hearing denying her application to amend and seal a report in the New York State Central Register of Child Abuse and Maltreatment (see, Social Services Law § 422 [8] [b]). We conclude that the determination is supported by substantial evidence (see, Matter of Gerald G. v State of New York Dept. of Social Servs., 248 AD2d 918, 919). Present—Pigott, Jr., P.J., Pine, Hayes, Hurlbutt and Lawton, JJ.

■ In the Matter of MENDON PONDS NEIGHBORHOOD ASSOCIATION et al., Appellants, v RICHARD DEHM et al., Constituting the Town of Mendon Zoning Board of Appeals, et al., Respondents, and CHARLES SPENCER et al., Intervenors-Respondents. [738 NYS2d 911] —Appeal from a judgment (denominated order) of Supreme Court, Monroe County (Cornelius, J.), entered August 28, 2001, which dismissed the CPLR article 78 petition seeking to annul the determination of respondent Town of Mendon Zoning Board of Appeals.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court, Cornelius, J. Present—Pigott, Jr., P.J., Pine, Hayes, Hurlbutt and Lawton, JJ.